

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

January 26, 2018

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Ingram v. Laboratory Corporation of America et al
USDC No: 17cv8819

Circuit Court No: 17 L 009375

Dear Clerk:

A certified copy of an order entered on 01/25/17 by the Honorable Robert M. Dow, Jr, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:    /s/ Anya Ellis
         Deputy Clerk